IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TONY HAWKINS and SHEILA
HAWKINS                                                                                                    PLAINTIFFS

v.                                              No. 3:13-cv-210-DPM

BANK OF AMERICA NA                                                                              DEFENDANT

ORDER

Bank of America's motion to dismiss, № 5, is denied without prejudice. The original service is quashed. The Court will see if the Hawkinses' prompt efforts to correct the acknowledged deficiencies in the summons and service of process succeed. *Marshall v. Warwick*, 155 F.3d 1027, 1032-33 (8th Cir. 1998).

So Ordered.

*(signature)*
D.P. Marshall Jr.
United States District Judge

16 October 2013