# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**TONY HAWKINS and SHEILA HAWKINS**                                   **PLAINTIFFS**

v.                       No. 3:13-cv-210-DPM

**BANK OF AMERICA NA**                                                **DEFENDANT**

## ORDER

Joint motion to dismiss, № 40, granted. The Court declines to retain jurisdiction to enforce the settlement. It is matter of contract between the parties.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 June 2014