IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TONY HAWKINS and SHEILA
HAWKINS                                                                                     PLAINTIFFS

v.                                            No. 3:13-cv-210-DPM

BANK OF AMERICA NA                                                          DEFENDANT

## JUDGMENT

The Hawkinses' complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 June 2014